UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO WILLIAMS,                         Case No. 25-cv-11858

     Plaintiff,                         F. Kay Behm
v.                                        United States District Judge

FORD MOTOR COMPANY, *et al.*,

     Defendants.
_____/

### ORDER REGARDING DEFENDANT'S MOTION TO DISMISS (ECF No. 7)

On June 20, 2025, Plaintiff filed a complaint in this district against Defendants, alleging claims under 42 U.S.C. § 1981, the ADA, and the Michigan Civil Rights Act against Ford Motor Co., United Automobile, Aerospace, and Agricultural Implement Workers of America (UAW), the AFL-CIO (Ford Motor Company), and the National Labor Relations Board (NLRB). *See* ECF No. 1. On September 30, 2025, Defendant UAW filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. (ECF No. 7).

Fed. R. Civ. P. 15(a)(1)(B) states that a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b), rather than filing a response. Accordingly,

1

without expressing any view regarding the merits of the Motion to Dismiss, the court reminds Plaintiff of the opportunity to cure any purported deficiencies by filing an amended complaint.

If Plaintiff files an amended complaint, the court will deny without prejudice the currently pending Motion to Dismiss as moot.  If Plaintiff elects not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: October 14, 2025                         s/F. Kay Behm
                                               F. Kay Behm
                                               United States District Judge