UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO WILLIAMS,

      Plaintiff,

v.

FORD MOTOR COMPANY, *et al.*,

      Defendants.

_____/

Case No. 25-cv-11858

F. Kay Behm
United States District Judge

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order entered on this same day, Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as to Counts I and II under 42 U.S.C. § 1981.  Judgment is **ENTERED** in favor of Defendant Ford Motor Co. as to Counts I and II under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*  Count III is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.  Count IV is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as to Ford Motor Co., but **WITH PREJUDICE** as to Defendant UAW.  Count V is **DISMISSED WITH PREJUDICE.**  Any claims against Defendant AFL-CIO are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  This is a final order and closes the case.

1

**SO ORDERED**.


Date: May 6, 2026                                  s/F. Kay Behm
                                                   F. Kay Behm
                                                   United States District Judge